UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

          CASE NO: 09-22365-EPK
          CHAPTER 13

ROBERT A. PIERSON &
NORA E. PIERSON,

    Debtor(s).
_____/

## DEBTOR'S NOTICE OF CHANGE OF ADDRESS

    COME NOW, the Debtors, ROBERT A. PIERSON & NORA E. PIERSON, by and through their undersigned attorney and state the following change of address is true and correct:

    ROBERT A. PIERSON & NORA E. PIERSON
    898 COTTON BAY DRIVE EAST
    APT #2209
    WEST PALM BEACH, FL 33406

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronically and or by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida 33130; Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355; on this 11th day of August 2014.

    OZMENT MERRILL
    Attorney for Debtor
    2001 Palm Beach Lakes Blvd, Suite 410
    West Palm Beach, FL 33409
    Telephone: 561/689-6789

    By:   /s/ Drake Ozment, Esquire
         DRAKE OZMENT, Esq.
         FBN: 844519